UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                )
      Plaintiff,       )
                )
      v.            )      No. 4:17 CR 134 CDP-2
                )
LARON HUTCHINS,      )
                )
      Defendant.    )

## **MEMORANDUM AND ORDER**

This matter is before the Court on defendant Laron Hutchins' Motion to Suppress Statements [42] and his oral request for an order suppressing all evidence that was seized.

All pretrial motions were referred to United States Magistrate Noelle Collins under 28 U.S.C. § 636(b).   Judge Collins considered these motions based on the written record and her September 7, 2017 evidentiary hearing.   She then filed a Report and Recommendation on these motions, and ecommended that both motions be denied.   No party has objected to the recommended dispositions of these motions.   I have reviewed the motions and briefs and the transcript of the evidentiary hearing and I believe Judge Collins' reasoning and conclusions are entirely correct.   As there are no objections to Judge Collns' recommendations, I

will adopt and sustain the thorough reasoning of Magistrate Judge Collins and will deny the motions to Suppress Statements and all evidence that was received.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [58] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant Laron Hutchins' Motion to Suppress Evidence [42] and his oral motion to suppress all evidence seized are **DENIED.**

**IT IS FURTHER ORDERED** that this matter is set for a **Final Pretrial and Frye Hearing** on **Monday, December 4, 2017 at 10:00 a.m.** in Courtroom 14-South.

**IT IS FURTHER ORDERED** that the **jury trial** in this matter remains set for **Monday, December 18, 2017 at 8:30 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2017.